**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00470-CV

**CORNELL RIVERS, SR., Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01611-A**

## ORDER

We **GRANT** appellant's July 2, 2013 motion for an extension of time to file his brief. Appellant shall file his brief on or before July 31, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE